IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLARENCE JAMAR GRAHAM,** : | CIVIL ACTION NO. 1:25-CV-2075 |
| : | |
| Petitioner : | **(Judge Neary)** |
| : | |
| v. : | |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent : | |

### ORDER

AND NOW, this 18th day of November, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of subject matter jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania